AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

DUSTIMILLER JOHN,
Also known as Dustmiller John,
Also known as John Dustimiller,
DOB: 11/23/1960

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 12, 2004 and continuing to November 3, 2004__ in __Riyadh, Saudi Arabia__ defendant did, (Track Statutory Language of Offense)

knowingly present and cause to be presented to an immigration officer a nonimmigrant visa application and supporting documents which contained statements, to wit, that the defendant was to be employed in the United States as a housekeeper for a Saudi diplomat and live at that diplomat's residence, which the defendant knew were false, in that no such diplomat, employment, or residence existed.

in violation of Title __18__ United States Code, Section(s) __1546(a) & 2__.

I further state that I am __Jennifer McHugh, Special Agent with the Department of State__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Jennifer McHugh, Special Agent
Department of State

AUSA, Angela G. Schmidt  (202) 514-7273
Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                         City and State

_____   _____
Name & Title of Judicial Officer    Signature of Judicial Officer