

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

05-348M-01

July 6, 2005

Clerk, United District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

FILED
JUL 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Transfer to U.S. Magistrate Judge

Case No. 05-0348M-01 (Our Case No. 05-1407M)

Case Title: USA v Dustimiller John

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
- ☒ Certified copy of final commitment
- ☐ Original Passport
- ☐ Original Declaration re: Passport
- ☒ Other Certified Financial- please note document is NOT FOR PUBLIC VIEW.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By Vanessa Del Rio
Deputy Clerk 213-894-5297

cc: U.S. Attorney (Central District of California)
    U.S. Attorney (Receiving district) ✓

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____.

Clerk, U.S. District Court

_____   By _____
Date                         Deputy Clerk

CR-48 (01/01)                LETTER RE: RULE 40 - TRANSFER OUT



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

July 6, 2005

Clerk, United District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Transfer to U.S. Magistrate Judge

       Case No. 05-0348M-01 (Our Case No. 05-1407M)

       Case Title: USA v Dustimiller John

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other  Certified Financial- please note document is NOT FOR PUBLIC VIEW.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Vanessa Del Rio
    Deputy Clerk 213-894-5297

cc:  *U.S. Attorney (Central District of California)*
     *U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____.

Clerk, U.S. District Court

By _____

Date _____        Deputy Clerk

CR-48 (01/01)                    LETTER RE: RULE 40 - TRANSFER OUT

TERMED

U.S. District Court
Central District of California (Western Div.)

CRIMINAL DOCKET FOR CASE #: 05-M -1407-ALL

USA v. John                                                    Filed: 06/30/05
Dkt# in other court: None

Case Assigned to:    Unassigned

DUSTIMILLER JOHN (1)              Victor R Cannon
    defendant                     FAX 213-894-0081
 [term  06/30/05]                 [COR LD NTC pda]
                                  Federal Public Defender
                                  321 East 2nd Street
                                  Los Angeles, CA 90012-4202
                                  213-894-2854


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints                        Disposition

Defendant in violation of         Defendant held to answer to the
18:1546(a), 2.                    District of Columbia.        (-
                                  1)


U. S. Attorneys:

   NONE

I hereby attest and certify on 7/u/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK                                    (1101)

Docket as of July 6, 2005 1:11 pm              Page 1

```
Proceedings include all events.                                    TERMED
2:05m 1407-ALL USA v. John
```

| Date | # | Entry |
|---|---|---|
| 6/30/05 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Dustimiller John arrested on 6/29/05. Defendant's date of birth: 1960. (vdr) [Entry date 07/06/05] |
| 6/30/05 | 1 | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Dustimiller John, originating in the USDC, District of Columbia. Defendant charged in violation of: 18:1546, 2. Signed by Special Agent Evelyn Korns-Sams, DSS. (vdr) [Entry date 07/06/05] |
| 6/30/05 | 3 | DEFENDANT Dustimiller John arrested on warrant issued from USDC, District of Columbia. (vdr) [Entry date 07/06/05] |
| 6/30/05 | 4 | NOTICE OF REQUEST FOR DETENTION filed by USA as to Dustimiller John. (vdr) [Entry date 07/06/05] |
| 6/30/05 | 5 | MINUTES OF ARREST ON O/D WARRANT held before Magistrate Judge Ralph Zarefsky as to Dustimiller John: Defendant arraigned and states true name is as charged. DFPD Attorney Victor R Cannon appointed. Court orders Dustimiller John permanently detained. Court orders Dustimiller John held to answer to USDC, District of Columbia. Defendant committed to the custody of the U.S. Marshal. Tape No.: CR 06-30-05 (vdr) [Entry date 07/06/05] |
| 6/30/05 | -- | TAMIL INTERPRETER required for Dustimiller John. (vdr) [Entry date 07/06/05] |
| 6/30/05 | 6 | WAIVER OF RULE 5 HEARINGS filed by Dustimiller John, excluding probation or supervised release cases: waiving an identity hearing, receive a copy of the charge(s) against me, have a preliminary examination. (vdr) [Entry date 07/06/05] |
| 6/30/05 | 7 | ORDER OF DETENTION by Magistrate Judge Ralph Zarefsky as to Dustimiller John  (cc: all counsel) (vdr) [Entry date 07/06/05] |
| 6/30/05 | 8 | FINANCIAL AFFIDAVIT filed as to Dustimiller John. (vdr) [Entry date 07/06/05] |
| 7/5/05 | 9 | FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge Ralph Zarefsky as to Dustimiller John, to USDC, District of Columbia. (vdr) [Entry date 07/06/05] |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>DUSTIMILLER JOHN<br>　　　　　　　　Defendant. | CASE NUMBER<br><br>05-1407 M<br><br>FINAL COMMITMENT AND WARRANT OF REMOVAL TO<br>_____ DISTRICT OF __COLUMBIA__<br>AT_____<br>　　　　　　　(City) |

**TO:   UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☒ filing of a complaint before a U.S. Magistrate Judge

☐ an indictment by a Grand Jury and

☒ a bench warrant issued by Clerk of the District of Origin charging that starting on or about __May 14, 2005__ in the District of Origin, the defendant did:
   PRESENT AND CAUSED TO BE PRESENTED IMMIGRATION DOCUMENTS CONTAINING FALSE STATEMENTS

in violation of Title __18: 1546(a) & 2__

The defendant has now:

☒ duly waived identity hearing before me on __June 30, 2005__.

☐ duly waived preliminary examination before me on _____, 19__

☐ had a hearing before me _____, 19__ and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐ had a hearing before me on_____, and it appears that the defendant is the person named as charged, and

　　☐ BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED
　　☐ NO BAIL HAS BEEN SET.
　　☒ PERMANENT DETENTION HAS BEEN ORDERED.
　　☐ TEMPORARY DETENTION HAS BEEN ORDERED.

DATED: __7/1/05__　　　　　　　　　　　　　　　　_/s/ Ralph Zarefsky_
　　　　　　　　　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 7/11/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ DEPUTY CLERK

**RETURN**

Received this commitment and designated prisoner on _____, 20___, and on _____ 20___, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL
　　　　　　　　　　　　　　　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA
DATED:_____　　　　　　By_____, Deputy

M-15 (08/99)　　　　　　　　FINAL COMMITMENT AND WARRANT OF REMOVAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTMILLER JOHN<br><br>Defendant. | Case No. 05-1407m<br><br>ORDER OF DETENTION |

*I hereby attest and certify on 7/11/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.*

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK          (1101)

A.  ( ) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( ) a felony - where defendant convicted of two or more prior offenses described above.

B.  (X) On motion (✓) by the Government/ ( ) on Court's own motion, in a case allegedly involving:

   ( ) On the further allegation by the Government of:
   1.  (✓)  a serious risk defendant will flee.
   2.  ( )  a serious risk defendant will:
       a.  ( )  obstruct or attempt to obstruct justice.
       b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

II

The Court finds that no condition or combination of conditions will reasonably assure:

   1.  (X)  the appearance of defendant as required.
   ( ) and/or
   2.  ( )  the safety of any person or the community.

III

The Court has considered:

A.  the nature and circumstances of the offenses;
B.  the weight of evidence against the defendant;
C.  the history and characteristics of the defendant; and
D.  the nature and seriousness of the danger to any person or the community.

IV

The Court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel.

V

The Court bases the foregoing finding(s) on the following:

A.  (x) Flight risk: _Nature of the Charges, no legal status or significant ties_

B.  ( ) Danger: _____

C.  ( ) See also Pretrial Services Report/recommendation.

D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

VI

A.  The Court finds that a serious risk exists that defendant will:

    1.  (—) obstruct or attempt to obstruct justice.

    2.  ( ) threaten, injure or intimidate a witness/juror.

    3.  ( ) attempt to threaten, injure or intimidate a witness/juror.

B.  The Court bases the foregoing finding(s) on the following:

( ) See also Pretrial Services Report/recommendation.

VI

A. IT IS THEREFORE ORDERED that defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 6/30/05

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>DUSTIMILLER JOHN<br>DEFENDANT. | CASE NUMBER:<br>05 - 1407M<br><br>WAIVER OF RIGHTS<br>(OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the _____ District of __COLUMBIA__
alleging violation of __18: 1546(a) & 2__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)   have an identity hearing to determine whether I am the person named in the charges;
  (2)   receive a copy of the charge(s) against me;

*-Check one only-*

☒  **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐  **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒  have an identity hearing
☒  receive a copy of the charges(s) against me
☒  have a preliminary examination
☐  have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐  have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

I hereby attest and certify on 7/11/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIFORNIA

Date: 6/30/05

(1101)

X _____ Defendant
_____ Defense Counsel
_____ United States Magistrate Judge

Stamp: FILED CLERK U.S. DISTRICT COURT JUN 30 2005 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

M-14 (03/03)     WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

(6)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA  ☐ RS  ☐ SA  ☐ UNDER SEAL<br>CASE NUMBER: 05-1407m<br>☐ COMPLAINT   ☒ OUT OF DISTRICT AFFIDAVIT<br>☐ INDICTMENT   ☐ INFORMATION |
| v. | ☐ SUMMONS   ☐ EXTRADITION<br>☐ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor)<br>FILED: 6-30-05 |
| Dustimiller John<br>DEFENDANT. | VIOLATION: 18.1546<br>DATE: 6-30-05   TIME: 3:00<br>TAPE NUMBER: CR 06-30-05 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Zarefsky

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: I. Bernal – N. Hackney   David Kowal   ~~Betin~~ Tamil
  *Deputy Clerk*   *Assistant U.S. Attorney*   *(Interpreter) / Language*

✓ Namagal Vivekaanandamorthy ~~Javier~~

- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
- ☒ Defendant states true name ☒ is as charged ☐ is _____
- ☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
- ☒ Attorney: Victor Cannon   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
  - Ordered (see separate order) ☐ Special appearance by: _____
- ☒ Government's request for detention is: ☒ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
- ☒ Defendant is ordered: ☒ Permanently Detained   ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED
- ☒ Preliminary Hearing waived.
- ☐ SUPER FAST TRACK   ☐ Defendant is advised of maximum penalties.
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
- ☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM _____
- ☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☒ Defendant executed Waiver of Rights.   ☐ Process received.
- ☒ Court ORDERS defendant Held to Answer to USDC District of Columbia
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☒ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
  - Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  - Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☒ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  - RELEASE ORDER NO: _____
- ☐ Other: _____

☐ PSA   ☐ FINANCIAL   ☐ READY

JUL - 6 2005   Deputy Clerk Initials: _____

cc: *AUSA, Defendant's counsel*
☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO

ORIGINAL-WHITE COPY   PINK- PIA CLERK   YELLOW - STATS   GREEN - CRD

M-5 (11/04)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

*U.S. GPO: 2004-778-324/13004

```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID P. KOWAL (SBN 188651)
 4  Assistant United States Attorney
        1200 United States Courthouse
 5      312 North Spring Street
        Los Angeles, California 90012
 6      Telephone: (213) 894-5136
        Email: David.Kowal@usdoj.gov
 7
    Attorneys for Plaintiff
 8  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 05-1107 M |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S NOTICE OF REQUEST |
| v. | ) FOR DETENTION |
| | ) |
| DUSTIHILLER, JOHN | ) |
| | ) |
| Defendant. | ) |

I hereby attest and certify on 7/4/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

V. Lukio
DEPUTY CLERK                    (1101)

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d))</u>

on the following grounds:

____ a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or

ENTERED ON ICMS
JUL - 6 2005

④

```
                          on (probation) (parole);
            ____    b.    alien not lawfully admitted for permanent
                          residence;
            ____    c.    flight risk;
            ____    d.    danger to community.
 X    2.    Pretrial Detention Requested (§ 3142(e)) because no
            condition or combination of conditions will
            reasonably assure against:
             X      a.    danger to any other person or the community;
             X      b.    flight.
 __   3.    Detention Requested Pending Supervised
            Release/Probation Revocation Hearing (Rules 32.1,
            46, § 3143) because defendant cannot establish a
            condition or combination of conditions that will
            reasonably assure against:
            __      a.    Danger to any other person or the community;
            __      b.    Flight.
____  4.    Presumptions Applicable to Pretrial Detention (18
            U.S.C. § 3142(e)):
            ____    a.    Title 21 offense with 10-year or greater maximum
                          penalty (presumption of danger to community and
                          flight risk);
            ____    b.    firearm used or carried during offense (18 U.S.C.
                          § 924(c)) (presumption of danger to community and
                          flight risk);
            ____    c.    offense under Maritime Drug Law Enforcement Act
                          (46 U.S.C. App. 1901 et seq.) (presumption of
                          danger to community and flight risk);
```

2

|   |   |   |
|---|---|---|
| 1 | \_\_\_\_ d. | defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 offense with ten year or greater maximum sentence, or (IV) state or local offense that would qualify under I, II, or III if federal jurisdiction were present, <u>and</u> defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, <u>and</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community). |
| | ✗  5. | <u>Government is Entitled to Detention Hearing Under § 3142(f) Based on the Following:</u> |
| | \_\_\_\_ a. | crime of violence (defined in 18 U.S.C. § 3156); |
| | \_\_\_\_ b. | maximum sentence is life imprisonment or death; |
| | \_\_\_\_ c. | Title 21 offense with maximum sentence of ten years or more; |
| | \_\_\_\_ d. | instant offense is felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present; |
| | _X_ e. | serious risk of flight; |
| | \_\_\_\_ f. | serious risk of (obstructing justice or attempting to obstruct justice)(threatening, injuring, or intimidating witness or juror, or |

3

attempting to do so).

___ 6. Government requests continuance of _____ days for detention hearing based upon the following reason: ___

_____

_____

_____

___ 7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

DATED: 6/30/05, 2005

Respectfully submitted,

DEBRA WONG YANG
United States Attorney

_____
DAVID P. KOWAL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED
2005 JUN 30 AM 10: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES OF AMERICA
V.

Dustimiller John,
aka Dustmiller John,
aka John Dustimiller

**WARRANT FOR ARREST**

**05-1407M**

CASE NUMBER: **05-0348M-01**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Dustimiller John_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

presenting and causing to be presented immigration documents containing false statements

in violation of Title __18__ United States Code, Section(s) __1546(a) & 2__.

Name of Issuing Officer: JOHN M. FACCIOLA
Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer: /s/ John M. Facciola

Date and Location: District of Columbia JUN 2 0 2005

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | INVESTIGATIVE COPY ONLY ORIGINAL ON FILE WITH US MARSHAL RM 7th | INVESTIGATIVE COPY ONLY ORIGINAL ON FILE WITH US MARSHAL RM 9th |

JUL - 6 2005

(3)

I hereby attest and certify on 7/11/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
OF CALIFORNIA
V. Aulrio
(1101)



FILED
2005 JUN 30 AM 10: 24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Dustimiller John        PLAINTIFF<br>v. <br><br>_____ DEFENDANT(S). | CASE NUMBER<br>CR- **05-1407M**<br><br>AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT |
|---|---|

The above-named defendant was charged by:
☐ Indictment   ☐ Information   ☑ Complaint   ☐ Bench warrant for   ☐ Probation Violation
                                                                  ☐ Failure to Appear

in the __Columbia__ District of __D.C.__ on __6/20/2005__

at _____ a.m./p.m. The offense was allegedly committed on or about __5/14/2005__

in violation of Title __18__ U.S.C., Section(s) __1546(a) + 2__ to wit: _____

A warrant for defendant's arrest was issued by: ☑ Magistrate Judge __John M Facciola__
                                                ☐ District Judge

Bond of $_____ was: ☐ Set   ☐ Recommended

Type of Bond: ☐ Personal Recognizance  ☐ Appearance  ☐ Corporate Surety  ☐ Unknown or Unspecified

Relevant document(s) on hand (attach): _____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __6-30-05__
Date

_S. English_
Deputy Clerk

_Signature of Agent_

__Evelyn Forny-Jams__
Print Last Name

__DSS - Special Agent__
Agency and Title

JUL - ? 2005

**FILED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA    2005 JUN 30 AM 10: 24

UNITED STATES OF AMERICA,        05 - 4074    CASE NUMBER
Dustinmiller John       PLAINTIFF                CLERK U.S. DISTRICT COURT
                                                 CENTRAL DIST. OF CALIF.
        v.                       CR-             LOS ANGELES
                                                 BY_____

                                 REPORT COMMENCING CRIMINAL ACTION
        DEFENDANT(S).

TO:  CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1) Date and time of arrest  6/29/2005 - 1230                                       a.m./p.m.

2) Charges under which defendant has been booked at Metropolitan Detention Center (MDC)
   18 USC 1546(a) + 2  - visa fraud

3) Offense charged is a:   ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4) U.S. Citizen:   ☐ Yes    ☒ No    ☐ Unknown

5) Date of Birth:  11/23/1960

6) The defendant is:    ☒ Presently in custody on this charge.
                        ☐ At liberty on bond posted before a Magistrate Judge.
                        ☐ At liberty and warrant is requested.
         Federal   ☒ In custody on another conviction.
         State     ☐ In custody awaiting trial on these charges.

7) Place of detention (if out-of-district):  US Marshalls

8) Date detainer placed on defendant:  6/29/2005

9) This is a reprosecution of previously dismissed charges. (Docket/Case No._____)

10) Name of Pretrial Services Officer:_____

11) Remarks (if any):_____

12) Date:  6/30/2005            13) _____
                                      Signature

I hereby attest and certify on 7/11/05
that the foregoing document is a full, true    Evelyn Fomr-Samu
and correct copy of the original on file in    Name
my office, and in my legal custody.
                                               Special Agent
CLERK U.S. DISTRICT COURT                      Title
CENTRAL DISTRICT OF CALIFORNIA

CR-64 (10/93)  DEPUTY CLERK   REPORT COMMENCING CRIMINAL ACTION
                              (1101)