ZaAO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Dustimiller John,
aka Dustmiller John,
aka John Dustimiller
DOB 11/23/1960

**WARRANT FOR ARREST**

CASE NUMBER 05 - 0348M - 01

FILED
JUL 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Dustimiller John___
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

presenting and causing to be presented immigration documents containing false statements

in violation of Title __18__ United States Code, Section(s) __1546(a) & 2__.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

/s/ John M. Facciola
Signature of Issuing Officer

Title of Issuing Officer

District of Columbia   JUN 2 0 2005
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-20-05 | SEAN McLEOD   SDUSM | S.B.M/M |
| DATE OF ARREST |  |  |
| 7-19-05 |  |  |