AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
AUG 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF __Washington DC__

UNITED STATES OF AMERICA

V.

Dustimiller John

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-348 M

I, __Dustimiller John__, charged in a (complaint) (petition) pending in this District with __immigration fraud__ in violation of Title __18__, U.S.C., __1546 (a) §2__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

8-12-05
Date

_____
Counsel for Defendant