UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.: 05-0046M-01 (CR) |
| | : | |
| **DUSTIMILLER JOHN,** | : | VIOLATION: 18 U.S.C. §§ 1546(a) |
| **also known as DUSTMILLER JOHN,** | : | (Knowingly presenting an immigration |
| **also known as JOHN DUSTIMILLER,** | : | document containing a false statement) |
| **Defendant.** | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 6, 2004, and continuing to November 3, 2004, within the District of Columbia and Riyadh, Saudi Arabia, and pursuant to 18 U.S.C. §3238, within the extraterritorial jurisdiction of the United States and the venue of the United States District Court for the District of Columbia, **DUSTIMILLER JOHN, also known as Dustmiller John and John Dustimiller**, did knowingly present and cause to be presented to an immigration officer a nonimmigrant visa application and supporting documents which contained statements, to wit, that the defendant was to be employed in the United States for a Saudi diplomat and live at that diplomat's residence, which the defendant knew were false.

(**Knowingly Presenting an Immigration Document containing a False Statement**, in violation of Title 18, United States Code, Sections 1546(a))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia