UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 05-415 (RJL) |
| | : | |
| DUSTIMILLER JOHN, | : | |
| also known as DUSTMILLER JOHN, | : | |
| also known as JOHN DUSTIMILLER, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTIFIED
BUSINESS RECORDS UNDER F.R.E. 803(6) AND 902(11)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby serves notice of its intent to introduce the following certified business records, under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

1.   Verizon billing records for (202) 686-4491 from January 2, 2003, through May 31, 2005.

2.   AT&T wireless subscriber and/or billing records for (571) 214-3068 from June 12, 2003, through February 5, 2005.

3.   Cellco wireless subscriber records for (703) 300-2790 from April 16, 2005, through June 20, 2005, and toll records from April 16, 2005, through May 31, 2005.

4.   Occupancy information for 2000 N. 14th Street, Suite 770, Arlington, Virginia, from January 1, 2004, through December 8, 2004.

5.   Cathay Pacific Airways flight information for defendant's flights from Sri Lanka to the United States on May 14, 2005.

6. **All of the records the government will seek to introduce through certification have been provided or made available in discovery.**

7. **Records Custodian(s) have completed written declarations in a form similar to that attached hereto as "Exhibit A."**

WHEREFORE, the government submits its notice of intent to introduce certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

        **Respectfully submitted,**

        **KENNETH L. WAINSTEIN**
        **UNITED STATES ATTORNEY**

        _____
        **ANGELA G. SCHMIDT**
        Texas Bar No. 17764980
        Assistant United States Attorney
        555 Fourth Street, N.W., 4th floor
        Washington, D.C. 20530
        (202) 514-7273
        Angela.Schmidt@usdoj.gov

ATTACHMENT A

<u>Declaration of Custodian of Records</u>

  Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
       (name of declarant)

  I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

  I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Angela G. Schmidt, requesting specified records of the people named below. Attached hereto are records responsive to the subpoena.  Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records attached hereto

  (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

  (2) were kept in the course of the regularly conducted business activity; and

  (3) were made by the regularly conducted business activity as a regular practice.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on _____.
       (date)

       _____
       (signature of declarant)

       _____
       (name of declarant)

       _____
       (name of business)

       _____
       (business address)

<u>Definitions of terms used above</u>:
As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.