IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Cr. No. 05-415 (RJL) |
| : | |
| DUSTIMILLER JOHN, : | |
| also known as DUSTMILLER JOHN, : | |
| also known as JOHN DUSTIMILLER, : | |
| : | |
| Defendant. : | |

GOVERNMENT'S MOTION IN LIMINE
SEEKING COURT APPROVAL TO HAVE LEAD AGENT
SEATED AT COUNSEL TABLE THROUGHOUT TRIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this motion in limine seeking the Court's approval to have the Government's lead investigative agent seated at counsel table throughout the trial. In support of this request, the United States directs the Court to the following points and authorities.

1.   Federal Rule of Criminal Procedure 615 codifies what is generally known as "The Rule on/of Witnesses" or "The Rule of Sequestration," requiring that witnesses be excluded from trial proceedings so that they cannot hear the testimony of other witnesses. However, Rule 615 also delineates four separate exceptions to the general rule, including an exception for "an officer or employee of a party which is not a natural person designated as its representative by its attorney." *See* Fed.R.Crim.P. 615(2). The government hereby designates the lead investigative agent in this case, Special Agent Evelyn Forns-Samso of the Department of State, Diplomatic Security Service, Visa Fraud Branch, as its representative for purposes of this trial and requests that she be permitted to be seated at the government's counsel table throughout the trial.

2.  Excepting an investigative agent from the general rule excluding witnesses from the courtroom during trial is consistent with Congress's intent in enacting Rule 615 and applicable case law.  See, Fed. R. Evid. 615, Advisory Committee's Note to 1974 Enactment; United States v. Phibbs, 999 F.2d 1053, 1072-73 (6th Cir.1992), cert. denied, 510 U.S. 1119 (1994) ("Rule 615(2) allows the government to have any law enforcement officer it wants at its counsel table."); United States v. Gonzalez, 918 F.2d 1129, 1137-38 (3d Cir. 1990), cert. denied, 499 U.S. 982 (1991) (citing cases).

For the foregoing reasons, the government seeks a pre-trial ruling allowing Department of State Special Agent Evelyn Forns-Samso to remain in the courtroom, seated at the government's counsel table, throughout the trial in the instant matter.

> Respectfully submitted,
> KENNETH L. WAINSTEIN
> UNITED STATES ATTORNEY
>
> _____
> ANGELA G. SCHMIDT
> Texas Bar No. 17764980
> Assistant United States Attorney
> 555 Fourth Street, N.W., 4th floor
> Washington, D.C. 20530
> (202) 514-7273