IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-415 (RJL) |
| **DUSTIMILLER JOHN,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S PROPOSED JURY INSTRUCTION**

Defendant, by and through undersigned counsel, hereby the submits the following jury instruction:

**False Statement of an Immigration Document (18 USC 1546(a))**

Mr. John is charged with presenting an immigration document, knowing that the document contained a false statement. In order to find Mr. John guilty on this charge, the government must prove each of the following elements beyond a reasonable doubt:

1) Mr. John presented an application for a nonimmigrant visa or other document required by the immigration laws or regulations prescribed thereunder;

2) that the application or document contained a false statement;

3) the false statement was with respect to a material fact; and

4) Mr. John knew or believed that the statement was false when he made it.

See, Redbook Instruction 4.86 (False Statements); see also, Redbook Instruction 4.88 (Perjury)(knowledge is adequately captured by the requirement that the declarant "knew or believed that the statements were false").

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208 7500

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Instruction was served by ECF to:

Angela Schmidt, Esq.
Office of the United States Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001


/s/
_____
David W. Bos