UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            v.                                        )<br>                                                          )   Criminal Case No. 05-415 (RJL)<br>DUSTIMILLER JOHN,                   )<br>also known as DUSTMILLER JOHN  )<br>also known as JOHN DUSTIMILLER, )<br>                                                          )<br>            Defendant.                        )<br>                                                          ) | |

## ORDER

In the interests of justice, it is this 31st day of January, 2006, hereby

**ORDERED** that Teresa Salazar, Director of Interpreting Services, hire, for the duration of the trial in the above-captioned case, two (2) Tamil interpreters through the A2Z Lingua International Agency at a rate of $1,000.00 per person, per day, plus the required travel expenses.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge