UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA
vs.
Dustimiller John

Civil/Criminal No. 05-415

FILED
FEB 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

We have reached a verdict.

Date: 2/1/06

FOREPERSON

Time: 2:56 PM

CO-109A