IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DUSTIMILLER JOHN, )<br>also known as DUSTMILLER JOHN )<br>also known as JOHN DUSTIMILLER )<br>) | Criminal No. 05-415<br><br>**FILED**<br>FEB 0 1 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### VERDICT
### COUNT ONE

With respect to Count I in the Indictment, we the jury find the defendant:

_____ Guilty            \_\_\_\_✓_____ Not Guilty

2/1/06
Date                                                Foreperson