AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

DUSTIMILLER JOHN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR05-415

**FILED**

FEB  7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

RICHARD J. LEON
Name of Judge            Title of Judge

2/7/06
Date